# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMBY'S STORE ET AL.,<br><br>　　　　　Defendants. | **FILED UNDER SEAL**<br><br><br>Civil Action No. 1:25-cv-6197-LMM |

### AFFIDAVIT OF SERVICE

I, David M. Lilenfeld, declare as follows:

As authorized by this Court in its Granting of Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, filed on October 29, 2025, all Defendants were served by Plaintiff by electronic mail to the e-mail addresses provided by the e-commerce platforms providing services for Defendants ("Marketplaces"). Prior to this, the Marketplaces effectuated the requests in the Temporary Restraining Order [Dkt. #0] and provided accurate e-mail information for each Defendant listed in Schedule A to the Complaint.

True and correct copies of the Complaint [Dkt. 1], Summonses, and Temporary Restraining Order [Dkt. 10], were served on all Defendants on

November 18, 2025, including notice that the Court extended the Temporary Restraining Order and reset the hearing on Plaintiff's Motion for Preliminary Injunction to November 25, 2025, at 10:00 A.M [Dkt. 15].

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2025 at Atlanta, Georgia.

*/s/ David M. Lilenfeld*
David M. Lilenfeld