IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>AMBY'S STORE, et al.,<br><br>  Defendants. | Civil Action No. 25-cv-6197-LMM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| chensulinga | 13 |
| fucaigu | 28 |
| Jericho&Jess | 51 |
| My Smart Choice | 79 |
| Qikita | 93 |
| XDMTrading | 120 |
| xiamenfanhewangluokejiyouxiangongsi | 121 |
| 孟令阁 | 142 |
| BeiHeRui | 149 |
| FENGGHAO | 169 |
| imeiTuys | 188 |
| JJQMCV | 190 |
| Miamewom | 205 |

1

| | |
|---|---|
| Niahfd | 208 |
| NIUGUANDE Co.Ltd | 210 |
| QISF STORE | 213 |
| WUNTIN BEAUTY HOME | 239 |
| JGCLO SHOP | 363 |
| WHCLO SHOP | 458 |
| ZYCLO SHOP | 482 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: December 26, 2025         Respectfully submitted,

/s/ David M. Lilenfeld
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*